UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**ENTERED**
November 02, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | Criminal No. 1:16-1036-MJ |
| Juan Jose Delgado | § | |

### J U D G M E N T

On **November 02, 2016**, the above named defendant appeared in person and with appointed counsel, Sandra Zayas.

Whereupon the defendant entered a plea of guilty to the offense of **willfully, knowingly and in violation of law did not enter the United States at a border designated crossing point, immediately report his arrival, and present himself and all articles accompanying him for inspection to a Customs and Border Protection Officer at a Customs and Border Protection facility designated for that crossing point, in violation of 19 U.S.C. 1459 (a),** as charged in **the Criminal Complaint**; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby **placed on probation with supervision for a period of two (2) year. As a condition of probation:**

   1) the defendant is refrain from any use of alcohol or a controlled substance;
   2) the defendant is to provide proof of gainful employment;
   2) the defendant is to abide by the standard conditions of probation;
   3) the defendant is not to violate any federal and/or state laws; and

A $25 Special Assessment is hereby imposed.

DONE at Brownsville, Texas, on **November 02, 2016.**

_____
Ignacio Torteya
United States Magistrate Judge