United States District Court
Southern District of Texas
**ENTERED**
December 27, 2016
David J. Bradley, Clerk

PROB 12C
(06/15)

United States District Court
Southern District of Texas
FILED

DEC 2 7 2016

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Juan Jose Delgado | Case Number: | 1:16-01036M-001 |

Name of Sentencing Judge: The Honorable U.S. Magistrate Judge Ignacio Torteya, III

Date of Original Sentence: November 2, 2016

Original Offense: Willfully, knowingly and in violation of law did not enter the United States at a border designated crossing point, immediately report his arrival, and present himself and all articles accompanying him for inspection to a Customs and Border Protection Officer at a Customs and Border Protection facility designated for that crossing point, in violation of 19 U.S.C. § 1459(a).

Original Sentence: 2 years Probation.

Type of Supervision: Probation          Supervision Started: November 2, 2016

Assistant U.S. Attorney: Angel Castro          Defense Attorney: Sandra Zayas

Maximum Penalty Upon Revocation: One (1) year custody of the U.S. Bureau of Prisons, Pursuant to 19 U.S.C. § 1459(a).

---

### EARLIER COURT ACTION

None.

---

### PETITIONING THE COURT

<u>TO ISSUE A WARRANT</u> for the offender under supervision.

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number**   **Nature of Noncompliance**

     1          **Mandatory Condition: Shall not unlawfully possess a controlled**

Delgado, Juan Jose
Dkt. No. 1:16-01036M-001
Page 2

**substance and shall refrain from any unlawful use of a controlled substance.**

Juan Jose Delgado violated the Mandatory Conditions of supervision by illegally possessing and unlawfully using controlled substances, to wit: marijuana on November 4, 2016, on November 8, 2016, and on November 21, 2016, as evidenced by laboratory analyses of urine specimens collected from the probationer on each of the aforementioned dates indicating the presence of said controlled substances.

In each instance, the releasee admitted in a written statement entitled "Report Of Positive Urinalysis" the illegal use of a prohibited controlled substance as indicated by the urinalysis report. The probation did not admit to having a substance abuse problem.

U.S. Probation Officer Recommendation:

[X] The term of supervision should be
    [X] revoked.
    [ ] extended for ___ years, for a total term of ___ years.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Approved:

Respectfully submitted,

By:

_____
Victor Alvarez, Supervising
United States Probation Officer
December 13, 2016

_____
Reynaldo Moreno Jr.
United States Probation Officer
#2968663
RMJ/am

RE: **JUAN JOSE DELGADO**
Dkt.No.: 1:16-1036-MJ
Page 3

THE COURT ORDERS:

[ ] No Action

[ ] The Issuance of a Summons for a hearing to be held on _____ at _____.

[ ] The Issuance of a Warrant, and a bond of $_____ cash/surety with supervision as directed by the Probation Officer as a condition of said bond. Furthermore, that a revocation hearing be set to show cause why Probation/Supervised Release should not be revoked.

[✓] The Issuance of a Warrant, and no bond be set. Further, that a revocation hearing be set to show cause why Probation/Supervised Release should not be revoked.

[ ] The Issuance of a Violator's Warrant and no bond be set and that a revocation hearing to show cause why supervision should not be revoked be held at the time of disposition of the charge in Criminal Docket _____ in U.S. District Court in the _____ District of _____, _____ Division.

[ ] Other:

_____
Ignacio Torteya, III
United States Magistrate Judge

_December 27, 2016_
Date